

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : CRIMINAL NO. 4:21-CR-30 (CDL) |
| | : |
| v. | : VIOLATIONS: |
| | :   18 U.S.C. § 922(g)(1) |
| JUSTIN GARRETT, | :   18 U.S.C. § 924(a)(2) |
|   Defendant | :   18 U.S.C. § 924(d)(1) |
| | :   28 U.S.C. § 2461(c) |
| | : |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### (POSSESSION OF A FIREARM BY A CONVICTED FELON)

That on or about April 21, 2021, in the Columbus Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the Court,

**JUSTIN GARRETT,**

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: one (1) Glock, Model 23, .40 caliber pistol, bearing serial number AEKW757, said firearm having been shipped and transported in interstate and foreign commerce; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE NOTICE
## (18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461 – Criminal Forfeiture)

1. The allegation contained in Count One of this Indictment is hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeiture to the United States of America, pursuant to the provisions of Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) set forth in Count One of this Indictment, the defendant,

### JUSTIN GARRETT,

shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense(s).

3. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

    (a) cannot be located upon exercise of due diligence;

    (b) has been transferred, sold to or deposited with, a third person;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty,

A TRUE BILL

*s/Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PETER D. LEARY
ACTING UNITED STATES ATTORNEY

Presented by:

CHRISTOPHER WILLIAMS
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this \_\_11\_\_ day of August, 2021.

Deputy Clerk

## NOTICE OF QUALIFYING CONVICTIONS UNDER 18 U.S.C. § 924(e)

COMES NOW, the United States of America, by and through the United States Attorney for the Middle District of Georgia, and files this Notice setting forth facts concerning the prior convictions of **JUSTIN GARRETT** herein referred to as defendant, for sentencing enhancement under the provisions of Title 18, United States Code, § 924(e) (also known as the Armed Career Criminal Act) which exposes the defendant to a mandatory minimum sentence of 15 years imprisonment up to a maximum sentence of life imprisonment.  The ultimate determination of whether a conviction qualifies under 18 U.S.C. § 924(e) as a predicate offense will be decided by the court at sentencing.

Said qualifying crimes for which **JUSTIN GARRETT** has been previously convicted of are:

1. **Burglary 1st degree**: Muscogee County, Georgia; Case SU-12-CR-1159; sentenced on 8/27/2012;
2. **Burglary 1st degree (count 1)**: Muscogee County, Georgia; Case SU-13-CR-1535; sentenced on 10/9/2013; crime committed on 1/4/2013;
3. **Burglary 1st degree (count 2)**: Muscogee County, Georgia; Case SU-13-CR-1535, sentenced on 10/9/2013; crime committed on 12/29/2012;
4. **Burglary 1st degree (count 3)**: Muscogee County, Georgia; Case SU-13-CR-1535, sentenced on 10/9/2013; crime committed on 1/10/2013;
5. **Burglary 1st degree (count 4)**: Muscogee County, Georgia; Case SU-13-CR-1535, sentenced on 10/9/2013; crime committed on 1/9/2013;
6. **Burglary 1st degree (5 counts, all committed on same day)**: Harris County, Georgia, Case 18-CR-216A; sentenced on 1/17/2020.