IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF GEORGIA

COLUMBUS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| vs. | : | Case No: **4:21-cr-00030** |
| | : | |
| **JUSTIN GARRETT,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER ON MOTION FOR CONTINUANCE

Defendant **JUSTIN GARRETT** has moved the court to continue the pre-trial conference of his case presently scheduled for a Pre-Trial Conference at 10:00 a.m. on September 7, 2021 and to continue the trial of this case to the Court's January 2022 jury trial term. The Government does not oppose this motion.

The Court finds that based on the circumstances outlined in the Motion, it is in the interests of justice to grant said Motion, and that these interests outweigh the interest of the Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, the Motion for Continuance (Doc. 25) is **GRANTED**, and it is hereby ordered that this case shall be continued to the January 2022 trial term. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

It is SO ORDERED, this **1st** day of **September, 2021**.

s/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE