IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | Case No:  4:21-cr-00030 |
| | : | |
| JUSTIN GARRETT, | : | |
| | : | |
| Defendant | : | |

## ORDER ON MOTION FOR CONTINUANCE

Defendant **JUSTIN GARRETT** has moved the court to continue the pretrial conference and trial in this case presently scheduled for 2:30 p.m. on November 30, 2021. The Government does not oppose this motion.

The Court finds that based on the circumstances outlined in the Motion, it is in the interests of justice to grant said Motion, and that these interests outweigh the interest of the Defendant and the public in a speedy trial.  Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, the Motion for Continuance (Doc. 108) is **GRANTED**, and it is hereby ordered that this case shall be continued until the MARCH 2022 trial term.  The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

It is SO ORDERED, this **24th** day of **November, 2021**.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE